UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| CIPRIANO VARGAS, | Case No. 2:23-08692 MWF (ADS) |
|---|---|
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| WARDEN OF FCC-LOMPOC, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in Federal Custody (Dkt. No. 1), Respondent's Motion to Dismiss the Petition for Writ of Habeas Corpus (Dkt. No. 11), the Report and Recommendation of the United States Magistrate Judge (Dkt. No. 14), and all the records and files herein. Petitioner did not file an opposition to the Motion to Dismiss, and Petitioner did not file objections to the Report and Recommendation. The Court accepts the findings and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1. The Report and Recommendation is accepted, (Dkt. No. 14);

2. The Motion to Dismiss is granted, (Dkt. No. 11);

3. The Petition is dismissed without prejudice (Dkt. No. 1); and

4. Judgment is to be entered accordingly.

DATED:  July 16, 2024    _____

MICHAEL W. FITZGERALD
United States District Judge

2