JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CIPRIANO VARGAS,

                    Petitioner,

                    v.

WARDEN OF FCC-LOMPOC,

                    Respondent.

Case No. 2:23-08692 MWF (ADS)

JUDGMENT

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, the Court adjudges the Petition dismissed without prejudice.

DATED:  July 16, 2024

_____

MICHAEL W. FITZGERALD
United States District Judge